479 A.2d 1114

Rataczak v. Slovak, Appellant.
Petition for Allowance of Appeal
Denied Jan. 8, 1985.

Argued February 15,

1984.  Correale F. Stevens, for appellant;  Anthony J. Popeck, for appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Order affirmed.